Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

Orlando Division

Legal Mail
Provided to Florida State Prison on
12/12/23 for mailing by [illegible]

Case No. 6:23-CV-2409-GAP-LHP

*(to be filled in by the Clerk's Office)*

Jakeer S. Richardson
_____
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Sergeant B.T. Weaver
_____
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Jaleevs. Richardson
All other names by which you have been known: n/a
ID Number: C10241
Current Institution: Florida State Prison
Address: PO Box 800
Raiford, FL 32083
City / State / Zip Code

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: B.T. Weaver
Job or Title (if known): Sergeant
Shield Number: n/a
Employer: Central Florida Reception Center
Address: 7000 HC Kelly Rd
Orlando, FL 32831
City / State / Zip Code
[X] Individual capacity   [ ] Official capacity

Defendant No. 2
Name: J. Aviles
Job or Title (if known): Correctional Officer
Shield Number: n/a
Employer: Central Florida Reception Center
Address: 7000 HC Kelly Rd
Orlando, FL 32831
City / State / Zip Code
[X] Individual capacity   [ ] Official capacity

Page 2 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
Name: d. lewis
Job or Title (if known): Correctional officer
Shield Number: n/a
Employer: Central florida reception center
Address: 7000 HC Kelly Rd
Orlando, Fl 32831
City / State / Zip Code

[X] Individual capacity  [ ] Official capacity

Defendant No. 4
Name: S. adams
Job or Title (if known): Register nurse
Shield Number: n/a
Employer: Central florida reception center
Address: 7000 HC Kelly Rd
Orlando, Fl 32831
City / State / Zip Code

[X] Individual capacity  [ ] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

[ ] Federal officials (a *Bivens* claim)

[X] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

This is an action for nominal, compensatory, and punitive damages Alleging that the defendant(s) Contrary to the Eighth, and fourteenth amendment to the United States Constitutional rights

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

n/a

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

_____ N/A _____

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Plaintiff pled facts that show each name defendant(s) acted under color of law these facts set forth on pg 6-8 See Below

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☑ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other *(explain)* _____

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

_____ n/A _____

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

The incident complained of occurred at central florida reception center on July 14, 2022 The facts set on pg 6-12

See attachment

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C. What date and approximate time did the events giving rise to your claim(s) occur?

The incident complained of occurred at Central Florida Reception Center on July 14, 2022 date and Approximate time set forth on Pg 6

See Attachment

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Plaintiff Pled facts to support his claims against each defendant These facts set forth on Pg. 9-12

See Attachment

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

A Hematoma above my Right eye, 2 Black eyes, 1 eye shut closed (Right), 2 front teeth chipped, blury vission in my Right eye, severly daily migraines, lost of memory, depression, and Anxiety, Irreparable Harm, a Injured Jaw, Busted lips. I was escorted to medical with these sustained injuries and was seen by medical staff and was not treated at all for any of my injuries to my head After informing the medical staff of all my injuries.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Declaration that defendant(s) violated Plaintiff Rights nominal, compensatory and punitive damages and also eighth and fourteenth U.S Constitutional Rights Against each of the defendant(s) herein; A trial by Jury on all issues so triable; and Any Additional Relief that this Court Deem Just proper and equitable

Page 5 of 11

## Facts

1.) Plaintiff Jaleer Richardson is an inmate in the florida department of corrections who is serving a (9) year prison sentence.....

2.) On July, 14 2022 Approximately at 7:55am Plaintiff Jaleer Richardson was an inmate at Central florida reception center where an incident took place inside the Bus cage area of intake outside on that day. defendant, Correctional officer S. Aviles, officer D. Lewis, and Sergeant B.T. Weaver and nurse who failed to document Richardson's injuries. Which other defendants beat Richardson as a result Richardson was seriously injured.

3.) Prior to the Beating Defendant Correctional officer S. Aviles made a comment to Richardson stating he looked like a NBA player name Joel Embiid once Richardson went through the intake process outside Richardson was standing in the back of the line waiting for orders to be made to head inside to continue the intake process.

4.) On the above date, officer S. Aviles walked passed Richardson towards the front of the line then walked back down the line were Richardson was standing and slapped Richardson in the face yelling "fuck your gang you pussy you aint gone do shit fuck your gang you pussy.

5.) Sergeant B.T. Weaver and correctional officer d. Lewis stood by watching this un-necessary excessive use of force when Richardson wasn't a disturbance nor disobeying any orders giving when they had an opportunity to do so and intervene they chose not to do so.

6.) Officer D. Lewis then Ran up into Richardson's face yelling yea you pussy you aint gone do shit fuck your gang you pussy what you gone do trying to provoke Richardson over and over again Richardson remained in compliance

7.) Sergeant B.T. Weaver and officer S. Aviles stood watching officer D. Lewis degrade Richardson officer S. Aviles then struck Richardson by slapping him two (2) more times at this point in time Richardson was afraid. at this time officer S. Aviles sprayed Richardson with chemical agents after spraying Richardson. Richardson then got on the ground and was placed in hand and leg restraints.

## Continuance of Facts

8.) Officer D. Lewis then began kicking Richardson in his face screaming "He was going to kill Richardson". Which officer D. Lewis did this in a maliciously and sadistic act repeating over and over he was going to kill Richardson while Sergeant B.T. Weaver and officer S. Avples stood by watching and did not intervene when they had an opportunity to do so.

9.) Officer D. Lewis continued to beat and kick Richardson when Richardson was not resisting at all Richardson began begging for officer D. Lewis to stop kicking him in the face to which officer D. Lewis did not comply Sergeant B.T. Weaver and Officer S. Avples continued to watch.

10.) Once the kicking stopped from officer D. Lewis the kicking started once again Richardson was able to identify the attacker as Sergeant B.T. Weaver as he repeatly kicked Richardson over and over again in his face while Richardson remained in hand and leg restraints in compliance to all orders given officer S. Avples and officer D. Lewis stood by watching Richardson being brutally beat which lasted from 3 to 5 minutes between officer D. Lewis and Sergeant B.T. Weaver brutally beating and kicking Richardson.

11.) Once Sergeant B.T. Weaver, officer S. Avples and officer D. Lewis had they way with Richardson they finally decided to call in the use of force, the held hand camera was finally brought to the scene Richardson lay on the ground halfway conscious and halfway unconscious

12.) As Richardson was being escorted out of the intake outside cage area Richardson had blood all over his body. Officer. D. Lewis began screaming he was going to kill Richardson. Richardson was escorted to y-dorm permitted to shower and given clean boxers. Prison officials then escorted Richardson to the medical clinic (knowned) as the "ER" room a nurse saw Richardson for a post use-of-force physical the medical nurse failed to document all Richardson's injuries when given to her, Richardson was then asked questions and couldn't remember at the moment what took place. Prison officials then escorted Richardson to y dorm confinement cell y-1103 and made Richardson do a 360 turn around to get all of Richardson's bodily injuries on camera before placing him in-side of y-1103; I call the held hand camera as my witness.

13.) On Aug. 18 2022 at CFRC officer S. Avples came to Richardson's cell in h-dorm wing saying we jumped on you because you are a known STG gang member "Blood" Sergeant B.T. Weaver called the shots on that. Which Sergeant B.T. Weaver was the Sergeant assigned as the security threat intelligence officer on July 14th 2022 the day of Richardson Arrival.

## Continuance of facts

14.) After the incident in question Plaintiff, Richardson has suffered irreparable harm, severe emotional distress, anxiety attacks, physical disfigurement to his face and also suffers from terrifying "flashbacks" and nightmares from physical abuse defendants subjected to him.

15.) Plaintiff, Richardson used the prison grievance system to exhaust his administrative remedies before filing his lawsuit in fact Plaintiff submitted two (2) informal grievances and formal grievance at CFRC institution level and since being transferred here at Florida State Prison Plaintiff have made several attempts on filing informal and formal grievances to follow up with the incident followed by two (2) formal grievances with Secretary, Florida department of corrections some of Plaintiff's grievances went unanswered after Richardson placed the grievances in the grievance box.

16.) Every correctional officer including defendants who worked at the Central Florida Reception Center had a duty to protect inmates like the Plaintiff and they refused to do so.

17.) The defendants caused Plaintiff severe injuries, pain suffering, embarrassment, humiliation irreparable harm, and emotional distress. and also caused Plaintiff to be deprived of his Rights under the eighth amendment to the U.S Constitution, fourteenth amendment to the U.S Constitution and a due process violation.

## Claims

**Count one:** Violation of constitutional Rights under 42 U.S.C 1983 against defendant B.T. Weaver

18.) Plaintiff Realleges the facts as if fully set forth herein.

19.) defendant B.T. Weaver deliberate inifference to plaintiff safety were in violation of the eighth amendment to the U.S Constitution prohibits cruel and unusual punishment, A due process violation.

20.) After the incident in question defendant S. Aviles said to plaintiff we jumped on you because you are a known STG gang member "Bloods" Sergeant B.T. Weaver called the shots on that.

21.) defendant B.T. Weaver who was the assigned Sergeant (security threat intelligence officer) who watched and participated in an excessive use of force against plaintiff and failed to mention defendant D. Lewis in his use of force incident report, to cover up defendants wrong doing.

22.) The above facts support an inference that defendant B.T. Weaver directed his officer's to act unlawfully and knew his officer would act unlawfully and failed to stop them from doing so.

**Count two:** Violation of constitutional Rights under 42 U.S.C 1983 against defendant S. Aviles

23.) Plaintiff Realleges the facts as if fully set forth herein.

24.) defendant S. Aviles deliberate inifference to plaintiff safety were in violation to the eighth amendment to the U.S. Constitution prohibits cruel and unusual punishment. A due process violation under the 14th amendment to the U.S Constitution

## Continuance of Claim

25.) Before defendant slapped plaintiff three (3) times and utilized chemical agents on plaintiff defendant S. Aviles said to plaintiff He looks like a NBA player name Joel Embiid trying to degrade plaintiff.

26.) Defendant S. Aviles After using excessive use of force on plaintiff watched defendant D. Lewis and B.T. Weaver beat and kick plaintiff in the face in a maliciously and sadistic act and failed to intervene when He had a chance to do so. And Also failed to mention defendant D Lewis in the use of force incident Report

27.) After the incident in question defendant S. Aviles said to plaintiff we jumped on you because you are a known JIG gang member Blood Sergeant B.T. Weaver called the shots on that!

28.) as Result of the wrongful acts Alleged above plaintiff suffered Body injuries, Pain and Suffering, Embarrassment, Humiliation, Irreparable Harm, and Emotional distress

Count three: Violation of Constitutional Rights under 42 U.S.C 1983 against defendant(s) D. Lewis and B.T. Weaver

29.) Plaintiff realleges the facts as if fully set forth herein.

30.) Defendants d. Lewis and B.T. Weaver in failing to intervene in the excessive use of force against plaintiff were in violation of the eighth amendment to the U.S Constitution prohibits excessive use of force and cruel and unusal Punishment

31.) Defendants d. Lewis and B.T. Weaver in three (3) occasions an officer used Excessive force against plaintiff by slapping him 3 times then spraying plaintiff with chemical agents without any penological justification. defendants watched the Excessive force against plaintiff and did not intervene when they had the opportunity to do so.

32.) As a result of the wrongful act alleged above plaintiff suffered bodily injuries, pain and suffering, embarrassment, humiliation, irreparable harm and emotional distress

Count four: Violation of constitutional Rights under 42 U.S.C 1983 against defendants, B.T. Weaver and S. Aviles and D. Lewis

33.) Plaintiff Realleges the facts as if fully set forth herein.

34.) defendant D. Lewis in using excessive use of force defendant B.T. Weaver and S. Aviles failing to intervene to stop the excessive force against the plaintiff defendant(s) B.T. Weaver and S. Aviles failing to mention defendant D. Lewis inside of the use of force incident report were in violation of the eighth amendment to the U.S. constitution A due process violation under the 14th amendment to the U.S constitution

35.) Defendants, S. Aviles, D. Lewis, and B.T. Weaver used excessive use of force against plaintiff defendants took turns in using excessive use of force against plaintiff Each defendant stood by and watched the excessive force against plaintiff and did not intervene when they had an opportunity to do so.

36.) As a result of wrongful acts alleged above plaintiff suffered bodily injuries, embarrassment, humiliation, irreparable harm and emotional distress

Continuance of claims

Count Five: Violation of Constitutional Rights under 42 U.S.C 1983 against defendant S. Adams

37.) Defendant S. Adams in failing to make sure plaintiff safety and medical needs were met and all injuries documented failing to do so were in violation of the eighth amendment to the U.S Constitution cruel and unusal punishment, A due process violation under the 14th amendment to the U.S constitution

38.) After the incident plaintiff was escorted to the medical clinic for a post use-of-force physical defendant S. Adams failed to document all plaintiff's injuries when plaintiff mentioned his injuries which defendant only documented a hematoma above plaintiff right eye which plaintiff sustained more injuries then defendant documented.

39.) defendant failed to medically treat plaintiff for any of plaintiffs injuries defendant asked plaintiff questions regarding the use of force which plaintiff couldn't answer due to lose of memory from the head trauma plaintiff Received.

40.) defendant S. Adams allowing plaintiff to be placed inside of a cell with severe injuries telling plaintiff he would be medically treated plaintiff never received medical treatment when defendant was aware of plaintiff injuries.

41.) as a result of wrongful acts alleged above plaintiff suffered bodily injuries, pain and suffering, embarrassment, humiliation, Irreparable Harm, and Emotional distress

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

### VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_Central Florida reception center ~~also Florida State prison~~_

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☑ No

☐ Do not know

If yes, which claim(s)?

_n/a_

13



D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☑ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

At florida State prison and also Central florida reception center

2. What did you claim in your grievance?

That I was brutally assaulted by 3 officer's at CFRC and that they violated my U.S Constitutional Rights under the 8th and 14th amendment

3. What was the result, if any?

Both institutions grievance coordinators are failing to ensure that my grievances were reviewed, investigated, and provide copies etc. to cover up what those officers did to me.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)

I have submitted informal and formal grievances through both institution CFRC and F.S.P and to no avail I even went as far as going directly to tallahassee and they have denied all my grievances even after I showed them copies of every grievance I submitted to each institution still no relief on a institutional Remedy.

F.  If you did not file a grievance:

   1.  If there are any reasons why you did not file a grievance, state them here:

       n/a

   2.  If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

       n/a

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

    See Attachment Exhibits 1-13

    *(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

n/a

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes
☑ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) ___n/a___
   Defendant(s) ___n/a___

2. Court *(if federal court, name the district; if state court, name the county and State)*
   ___n/a___

3. Docket or index number
   ___n/a___

4. Name of Judge assigned to your case
   ___n/a___

5. Approximate date of filing lawsuit
   ___n/a___

6. Is the case still pending?
   ☐ Yes
   ☑ No

   If no, give the approximate date of disposition. ___n/a___

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
   ___n/a___

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment? ___n/a___

16



Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes
☒ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
    Plaintiff(s)  n/A
    Defendant(s)  n/A

2. Court *(if federal court, name the district; if state court, name the county and State)*

    n/A

3. Docket or index number
    n/A

4. Name of Judge assigned to your case
    n/A

5. Approximate date of filing lawsuit
    n/A

6. Is the case still pending?
    ☐ Yes
    ☒ No

    If no, give the approximate date of disposition   n/A

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    n/A

17

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case. I Declare under Penalty of Perjury that the facts stated in this complaint are true and correct.

Date of signing: 12/12/23

Signature of Plaintiff: Jaleer Richardson
Printed Name of Plaintiff: Jaleer Richardson
Prison Identification #: C10241
Prison Address: Florida State Prison P.O Box 800 Raiford, FL 32083

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
Telephone Number: _____
E-mail Address: _____