UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JALEER S. RICHARDSON,

      Plaintiff,

v.                                      Case No: 6:23-cv-2409-GAP-LHP

SERGEANT B. T. WEAVER, et al.,

      Defendants.
_____/

## ORDER

This cause is before the Court upon *sua sponte* review of the file. On October 28, 2024, the Court entered an Order (Doc. 33) requiring Plaintiff to complete and return to the Clerk's Office certain service of process forms on or before November 15, 2024. Further, the Court notified Plaintiff that the failure to do so could result in the dismissal of the action without further notice. As of the date of this Order, Plaintiff has failed to comply, and this case will be dismissed.

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1.     This case is **DISMISSED without prejudice**.

2.     The Clerk of the Court is directed close this case.

**DONE** and **ORDERED** in Orlando, Florida on November 25, 2024.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Party